JOSEPH GURRERI et al., Appellants, v. MUNICIPAL HOUSING AUTHORITY FOR THE CITY OF YONKERS, Respondent.— In an action by plaintiff wife to recover damages for personal injuries, and a companion action of her husband for expenses and loss of services, the plaintiffs appeal from an order of the City Court of Yonkers, which set aside verdicts in favor of plaintiffs and dismissed the complaint, on reserved motions. Order unanimously affirmed, with costs. The complaint was defective by reason of the failure to plead compliance with subdivisions 1 and 2 of section 157 of the Public Housing Law. The cases decided under the predecessor provisions of section 394a–1.0 of the Administrative Code of the City of New York, relating to language identical with the pertinent provisions of section 157 of the Public Housing Law, are controlling. (*Purdy* v. *City of New York*, 193 N. Y. 521.) No distinction may be made between the statute herein and kindred statutes. (*Fellmeth* v. *City of Yonkers*, 222 App. Div. 815.) Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ. [See *post*, p. 829.]

In the Matter of the Estate of SOL BERGER, Deceased. ANNA BERGER, as Administratrix of the Estate of SOL BERGER, Deceased, Appellant; SAM BERGER et al., Respondents.— Appeal from two orders of the Kings County Surrogate's Court. Order denying motion of administratrix to be relieved of the obligations of a stipulation of settlement, and granting cross motion of respondents to vacate a so-called notice of inquiry and to compel administratrix to comply with the terms of the stipulation of settlement, affirmed, without costs. Order directing administratrix to comply with a stipulation of settlement by performance of certain acts, affirmed, without costs. No opinion. Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ., concur.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against TILO ROOFING COMPANY, INC., Appellant.— In a proceeding under section 707 of the Labor Law, the order of the Special Term, Queens County, grants the application of the respondent New York State Labor Relations Board for enforcement of the board's order, and denies the cross motion of the appellant to set aside the board's order. Order unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ. [See *post*, p. 853.]

In the Matter of the Intermediate Accounting of NATHAN J. RICHMAN, as Sole Surviving Trustee, and of NORMAN S. NEMSER, as Successor Executor of EDMUND J. FIXMAN, Deceased, a Deceased Trustee, under the Will of CLARA R. TRISCHETT, Deceased. WILLIAM S. BENNET, as Special Guardian for ALBERT T. TRISCHETT, an Infant, Appellant; WILLIAM S. COFFEY, as Special Guardian for DONALD S. TRISCHETT, an Infant, et al., Respondents.— Decree of the Westchester County Surrogate's Court, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate of Clara R. Trischett, deceased. No opinion. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ. [184 Misc. 599; 185 Misc. 933.]

ALFRED B. KENNEDY et al., Plaintiffs, v. METROPOLITAN NEWS Co., INC., Respondent, and HERBERT R. HURD, JR., Appellant.— Plaintiffs recovered judgment against the defendants as joint tort-feasors. Defendant-respondent paid more than its prorata share in satisfying the judgments, and moved under section 211-a of the Civil Practice Act for contribution from the defendant-appellant. Order directing the entry of judgment in the sum of $925 against defendant-appellant and in favor of defendant-respondent, and the judgment entered thereon, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ,